# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Jose Moreno-Azua<br>Jose Fernando-Azua**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:12-cv-00074-RJC |
| | ) | |
| vs. | ) | |
| | ) | |
| Ubaldo Rios<br>Dewayne Spears<br>Anne M. Tompkins**,**<br>Defendant(s). | )<br><br><br>) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 10, 2014 Order.

June 10, 2014

Frank G. Johns, Clerk
United States District Court